**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                               Case No.: 1:25−cr−00638
                                                              Honorable Heather K. McShain

Cristal Caballero

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 23, 2025:

      MINUTE entry before the Honorable Heather K. McShain: Preliminary examination set for 10/27/2025 at 1:00 p.m. is reset as a telephonic status hearing. To participate in the telephonic status hearing, the dial−in number is 650−479−3207, access code 1808 98 4405#. Press # to bypass the Attendee ID number. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.